STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

R. Chadwick Edwards, Jr.
Edwards & Edwards
P. O. Box 217
Abbeville LA 70511-0217

REHEARING ACTION: February 11, 2015

Docket Number: 14  00559-CA consolidated with 1,166-CW

HAMPTON F. CAMPBELL, ET AL.
VERSUS
PROGRESSIVE LAND CORPORATION, ET AL.

Appealed from Vermilion Parish Case No. 12-95805

BEFORE JUDGES:

    Hon. Sylvia R. Cooks
    Hon. Marc T. Amy
    Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Peggy Rose, Jeffery and Geraldine Campbell, and D&T**

**Crawfish, LLC** has this day been

    **DENIED.**

cc: Paul Nicholls DeBaillon, Counsel for  the Respondent
    Daniel M. Landry, III, Counsel for  the Respondent
    Jeffrey Ackermann, Counsel for the Appellee
    William J. Riley, III, Counsel for  the Respondent